IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JINHO SO, ET AL. | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | |
| | § | NO. 3-10-CV-1886-N-BD |
| UNITED STATES DEPARTMENT | § | |
| OF AGRICULTURE, FOOD AND | § | |
| NUTRITION SERVICE | § | |
| | § | |
| Defendant. | § | |

## **ORDER**

After conducting a review of the pleadings, files and records in this case, and the Findings and Recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the Findings and Recommendation of the Magistrate Judge are correct, and they are hereby accepted as the Findings of the Court. Plaintiff's motion for appointment of counsel [Doc. #4] is denied. Defendant's motion to dismiss for lack of subject matter jurisdiction [Doc. #15] is granted. This action is dismissed without prejudice.

SO ORDERED.

SIGNED May 20, 2011.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE